# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ERIC SAMPSON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-109 |
| | * | |
| v. | * | |
| | * | |
| WARDEN J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11, to which Petitioner Eric Sampson ("Sampson") filed Objections, dkt. no. 12. Sampson's Objections offer little more than a reiteration of the assertions he made in his 28 U.S.C. § 2241 Petition and in response to Respondent's Motion to Dismiss. The Magistrate Judge correctly determined Sampson is not entitled to his requested relief.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Sampson's 28 U.S.C. § 2241 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Sampson *in forma pauperis* status on appeal.

**SO ORDERED**, this 10 day of August, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)